| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this is an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **RELLIS Campus Data and Research Center LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1999113** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **833 Rellis Parkway** <br> **Bryan, TX 77802** <br> Number, Street, City, State & ZIP Code <br><br> **Brazos** <br> County | **Mailing address, if different from principal place of business** <br><br> **5010 Doss Road** <br> **Austin, TX 78734** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **833 Rellis Parkway Bryan, TX 77802** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **RELLIS Campus Data and Research Center LLC**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5313**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **RELLIS Campus Data and Research Center LLC**   Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **RELLIS Campus Data and Research Center LLC**          Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 5, 2025**
MM / DD / YYYY

X **/s/ Sam Tenorio III**                              **Sam Tenorio III**
Signature of authorized representative of debtor         Printed name

Title  **President & Managing Member**

**18. Signature of attorney**

X **/s/ Christopher Adams**                            Date **November 5, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**Christopher Adams**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine St., Suite 240**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone  **(713) 228-4100**    Email address  **info@okinadams.com**

**24009857 TX**
Bar number and State

# United States Bankruptcy Court
## Southern District of Texas

In re: **RELLIS Campus Data and Research Center LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tentech-3 Holdings, LLC<br>5010 Doss Road<br>Austin, TX 78734 | | 100% | Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **November 5, 2025**

Signature: **/s/ Sam Tenorio III**
**Sam Tenorio III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Texas

In re  **RELLIS Campus Data and Research Center LLC**　　　　　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **RELLIS Campus Data and Research Center LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tentech-3 Holdings, LLC**
**5010 Doss Road**
**Austin, TX 78734**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November  5, 2025** | **/s/ Christopher Adams** |
| Date | **Christopher Adams** |
| | Signature of Attorney or Litigant |
| | Counsel for  **RELLIS Campus Data and Research Center LLC** |
| | **Okin Adams Bartlett Curry LLP** |
| | **1113 Vine St., Suite 240** |
| | **Houston, TX 77002** |
| | **(713) 228-4100 Fax:(888) 865-2118** |
| | **info@okinadams.com** |

# WRITTEN CONSENT OF THE MEMBERS OF
# RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC

The undersigned, being the Administrative Manager and Sole Managing Member (the "Managing Member") of RELLIS Campus Data and Research Center, LLC, a Texas limited liability company (the "Company"), does hereby approve and consent to the adoption of, and hereby ratifies, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the members at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned has executed this consent as of the ___th day of November, 2025.

By: **TenTech-3 Holdings, LLC**, as Administrative Manager and Managing Member of RELLIS Campus Data and Research Center, LLC, a Texas limited liability company

By: _____
Name: Sam Tenorio III
Title: Managing Member

## EXHIBIT A

## APPROVAL OF FILING OF CHAPTER 11 BANKRUPTCY PROCEEDINGS AND MATTERS RELATED THERETO

**WHEREAS**, TenTech-3 Holdings, LLC, as the Administrative Manager and Managing Member (hereafter, the "Managing Member") of RELLIS Campus Data and Research Center, LLC a Texas limited liability company (the "Company" or the "Debtor"), has reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Managing Member has had the opportunity to consult with the management of the Company and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Managing Member is duly authorized and empowered to take any action required or permitted by law on behalf of the Company, as set forth in the Regulations for RELLIS Campus Data and Research Center, LLC, dated May 14, 2019, as amended and/or supplemented (the "Company Agreement");

**WHEREAS**, the Managing Member of the Company has deemed it advisable and in the best interests of the Company, and its creditors, members, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") for purpose of restructuring the Company's business affairs and to take all further and necessary actions as set forth herein below; and,

**NOW, THEREFORE, BE IT:**

*Chapter 11 Filing*

**RESOLVED**, that the Managing Member has determined that it is desirable and in the best interests of the Company, its equity holders, its creditors as a whole, and other parties in interest, that the Company file a voluntary petition for relief (the "Petition") and commence a case (the "Chapter 11 Case") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and further

**RESOLVED**, that the Managing Member hereby authorizes, directs, empowers and appoints Sam Tenorio, III (the "Authorized Representative"), as the Company's representative, acting in the name and on behalf of the Company, to: (i) execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents; (ii) execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and

execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

**RESOLVED**, that the Managing Member hereby authorizes, directs, and empowers Pablo Bonjour as the Chief Restructuring Officer (the "CRO") of the Company, with all of the of the powers and authority expressly delegated to the CRO by the Authorized Representative, and to assist the Authorized Representative in carrying out his duties, as set out herein, in connection with the Chapter 11 Case. Such duties of the CRO shall include, but not be limited to:

1. Assist the Authorized Representative to direct and confer with retained estate professionals, including but not limited to Debtor's legal counsel, restructuring advisors, investment bankers and brokers;
2. Assist the Authorized Representative in communicating with creditors of the Debtor and meeting with representatives of such constituencies;
3. Assist the Authorized Representative with monitoring and managing the Debtor's cash management, including bank accounts containing the Debtor's funds;
4. Assist the Authorized Representative in negotiating the terms of any debtor-in-possession financing or agreement regarding the use of cash collateral;
5. Assist the Authorized Representative in negotiating any restructuring support agreements or plans of reorganization for the Debtor;
6. Assist the Authorized Representative in preparing and approving statements of financial affairs, schedules, first day motions and other regular motions and reports required by the Bankruptcy Court or which Debtor is otherwise obligated to prepare and provide;
7. Assist the Authorized Representative in retaining additional estate professionals as the Authorized Representative deems advisable in furtherance of the foregoing, subject to the requirements of the Bankruptcy Code and Bankruptcy Rules; and,
8. Take any and all further action and/or perform such services as set forth in the CRO's engagement agreement, as amended from time to time.

All such powers granted to the CRO above shall also be expressly retained by the Authorized Representative, and the CRO shall act only after consultation with the Authorized Representative and shall not act contrary to the direction of the Authorized Representative. The Authorized Representative may expand the CRO's authority upon a showing of cause, court order or based upon his own discretion, without the need for further Company resolution(s) or action.

*Retention of Professionals*

**RESOLVED**, that the Managing Member hereby authorizes and directs the Authorized Representative, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers, and employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Company as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and any other applicable law; and further

3

  **RESOLVED**, that the Managing Member is authorized, directed, and empowered in the name of, and on behalf of the Company, to employ Veritas Restructuring Group ("<u>VRG</u>") as restructuring and financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application to retain the services of VRG; and further

  **RESOLVED**, that the Managing Member hereby authorizes the retention of the law firm of Okin Adams Bartlett Curry LLP ("<u>Okin Adams</u>") to represent the Company as general bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Okin Adams; and further

*Ratification of Prior Acts*

  **RESOLVED**, that all actions by the Managing Member, managers, officers or directors of the Company heretofore taken, and expressly approved by the Authorized Representative, in connection with the subject of the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as the acts and deeds of the Company; and further

  **RESOLVED**, that all prior lawful acts taken or caused to be taken with the express approval of the Managing Member by or on behalf of the Company by any of its members, managers, officers, directors and authorized agents, including, but not limited to, any and all acts taken or caused to be taken in connection with the foregoing resolutions, which were done in reliance on the Managing Member's expressed desire to reorganize the Company's debts and business affairs, and the negotiation and preparation of documents and actions ancillary thereto are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Company; and further

  **RESOLVED**, that the Authorized Representative and any of the appropriate members, officers, directors, and managers of the Company expressly authorized by the Authorized Representative be, and each of them hereby are, authorized: (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings; (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses; and (iii) to take such other actions, in the name and on behalf of the Company, as each such member, officer, director, or manager, as applicable, in his, her or its discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents,

demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts to be conclusive evidence of the approval of the Managing Member thereof and all matters relating thereto.

*   *   *