IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.* | Case No. 25-90666 |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF DESIGNATION OF COMPLEX CASE

On November 5, 2025, RELLIS Campus Data and Research Center, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), filed a voluntary petition for relief (the "Chapter 11 Case") under chapter 11, title 11, of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The undersigned proposed counsel believes that the Chapter 11 Case qualifies as a complex case because:

✓ The Debtor has total debts of more than $10 million;

☐ There are more than 50 parties in interest in the Chapter 11 Cases;

☐ Claims against the Debtor are publicly traded;

☐ Other (Substantial explanation is required).

Accordingly, the Debtors respectfully submit that the Procedures for Complex Chapter 11 Cases in the Southern District of Texas should apply.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

Respectfully submitted on the 5th day of November, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:    /s/ *Christopher Adams*
      Christopher Adams
      Texas Bar No. 24009857
      cadams@okinadams.com
      John Thomas Oldham
      Texas Bar No. 24075429
      joldham@okinadams.com
      1113 Vine St., Suite 240
      Houston, Texas 77002
      Tel: 713.228.4100
      Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**