IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90666<br><br>(Joint Administration Requested) |

## ORDER GRANTING COMPLEX CASE TREATMENT
**(Relates to Docket No. __)**

RELLIS Campus Data and Research Center, LLC, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"), filed these chapter 11 cases (the "Chapter 11 Cases") on November 5, 2025. A *Notice of Designation of Complex Case* was filed. Based on its review of the initial pleadings, the Court concludes that the complex case designation is appropriate. Accordingly, it is hereby **ORDERED** that:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3. The Bankruptcy Local Rules apply to the Chapter 11 Cases, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) does not apply;

    b. Local District Court Civil Rule 83.1 applies;

    c. Appendix A to the Local Rules of the District Court applies; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

        d.        If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Signed: _____, 2025.

                                          _____
                                          THE HONORABLE ALFREDO R. PÉREZ
                                          UNITED STATES BANKRUPTCY JUDGE