IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| RELLIS CAMPUS DATA AND | § | |
| RESEARCH CENTER, LLC, *et al.*, | § | Case No. 25-90666 |
| | § | |
| DEBTORS[1] | § | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Notice is hereby given that Julie Anne Parsons of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for **The County of Brazos, Texas** in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: November 6, 2025

        Respectfully submitted,

        MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
        Attorneys for The County of Brazos, Texas

        */s/ Julie Anne Parsons*
        Julie Anne Parsons
        State Bar Number 00790358
        P.O. Box 1269
        Round Rock, Texas 78680-1269
        Telephone: (512) 323-3200
        Fax: (512) 323-3205
        Email: jparsons@mvbalaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to John Thomas Oldham, Okin Adams LLP, 1113 Vine St. Suite 240, Houston, Texas 77002; U.S. Trustee, 515 Rusk Ave., Ste. 3516, Houston, TX 77002, and to those parties listed on the Court's Notice of Electronic Filing on November 6, 2025, by CM/ECF Electronic Notification.

*/s/ Julie Anne Parsons*
Julie Anne Parsons