IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.* | § § | Case No. 25-90666 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

Please take notice that the undersigned counsel hereby appears for Satterfield & Pontikes Construction, Inc. ("Satterfield"), creditor and interested party herein, which hereby submits this notice of appearance in the above-captioned proceeding, requests notice of all hearings and conferences herein, and makes demand for service of all papers herein, including, but not limited to, papers and notices pursuant to Bankruptcy Rules 1009, 2002, 3017, 9007 and 9010. All notices given or required to be given in this case shall be given to and served upon Craig E. Power as follows:

> Craig E, Power
> COKINOS | YOUNG
> 1221 Lamar Street, 16th Floor
> Houston, Texas 77010
> cpower@cokinoslaw.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion,

---

[1] The Debtors is these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, whether or not filed with or delivered to the Bankruptcy Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

Please take further notice Satterfield intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the rights of Satterfield to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the rights of Satterfield to trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these cases; (iii) the rights of Satterfield to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Satterfield is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoff, and recoupments the undersigned expressly reserves on behalf of Satterfield.

Respectfully submitted,

**COKINOS | YOUNG**

By: */s/ Craig E. Power*
    Craig E. Power, SBN: 16210500
    Reagan H. "Tres" Gibbs, III, SBN: 24083068
    Emma P. Myles, SBN: 24137075
    Samuel E. Pendergast, SBN: 24133943
    1221 Lamar Street, 16th Floor
    Houston, Texas 77010-3039
    Tel.: (713) 535-5500
    Fax: (210) 298-5007
    cpower@cokinoslaw.com
    tgibbs@cokinoslaw.com
    emyles@cokinoslaw.com
    spendergast@cokinoslaw.com

*Counsel to Satterfield & Pontikes Construction, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 7, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing system for the United States Bankruptcy Code for the Southern District of Texas.

                                    */s/ Craig E. Power*
                                    Craig E. Power