**Fill in this information to identify the case:**

Debtor name: RELLIS Campus Data and Research Center LLC, et al.

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (If known): 25-90666

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Satterfield and Pontikes<br>11750 Katy Fwy Ste 500<br>Houston, TX 77079-1219 | Katy Cao<br>(713) 351-1608<br>accounting@satpon.com | | | | | $6,142,731.63 |
| 2 | Jon Tucker Construction Ltd<br>7425 Mize Rd<br>Bryan, TX 77808-6317 | Sharanda Richardson<br>(979) 589-3471<br>shay@jontuckerconstruction.com | | | | | $558,092.13 |
| 3 | R.W. Pfeffer Masonry<br>5171 Wallis Rd<br>Bryan, TX 77808-8407 | Rusty Pfeffer<br>(979) 820-2957<br>rpfeffermasonry@gmail.com | | | | | $387,419.90 |
| 4 | Evolve Holdings, Inc.<br>10555 Cossey Rd.<br>Houston, TX 77070 | Rachel Wanner<br>(832) 375-0099<br>AP@evolveincorporated.com | | | | | $296,177.00 |
| 5 | Greenberg Traurig, LLP<br>300 W 6th St Ste 2050<br>Austin, TX 78701-4236 | Michele Piwowar<br>(512) 320-7229<br>piwowarm@gtlaw.com | | | | | $266,614.03 |
| 6 | HTS - Texas<br>3350 Yale St<br>Houston, TX 77018-7741 | Jeff Mamaux<br>(832) 328-1010<br>jeff.mamaux@hts.com | | | | | $264,624.59 |
| 7 | Greenberg Traurig, LLP<br>300 W 6th St Ste 2050<br>Austin, TX 78701-4236 | Michele Piwowar<br>(512) 320-7229<br>piwowarm@gtlaw.com | | | | | $225,597.86 |
| 8 | Britt Rice Electric, LP<br>3002 Longmire Dr<br>College Station, TX 77845-5874 | Amber Rourke<br>(979) 693-4076<br>arourke@briceco.net | | | | | $222,125.40 |

Debtor  RELLIS Campus Data and Research Center LLC, et al.
        Name

Case number (*if known*) 25-90666

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Burnside Infrastructure, LLC<br>15670 Union Bnd<br>Hearne, TX 77859-1318 | Caitlyne Beeler<br>979-268-8586<br>office@burnside-interests.com | | | | | $145,072.63 |
| 10 | College Station Plumbing<br>13349 Merchant Ct<br>Bryan, TX 77808-1514 | Terry Service<br>(979) 574-3936<br>admin@csplumbing.org | | | | | $131,400.00 |
| 11 | Houston Building Company<br>550 Club Dr<br>Montgomery, TX 77316-3190 | Matt Wells<br>(832) 316-5434<br>mwells@datajourney.com | | | | | $100,000.00 |
| 12 | Hajoca Corporation<br>dba Moore Supply Co<br>3706 N Frazier St<br>Conroe, TX 77303-1453 | Stephen Maia<br>(936) 270-8859<br>prf702@hajoca.com | | | | | $90,215.41 |
| 13 | Acme Brick Company<br>987 N Earl Rudder Fwy<br>Bryan, TX 77802-2958 | Linda Simmons<br>979-731-1830<br>mschrab@brick.com | | | | | $64,902.06 |
| 14 | Abuata Enterprises, INC<br>dba Jericho Woodworks<br>425 Summer Park Dr<br>Stafford, TX 77477-5577 | Nidal Abuata<br>281-769-7947<br>nidal@jericho-woodworks.com | | | | | $60,065.89 |
| 15 | Terracon<br>10841 S Ridgeview Rd<br>Olathe, KS 66061-6456 | Valerie A. Webb<br>(913) 577-0493<br>valerie.webb@terracon.com | | | | | $36,927.51 |
| 16 | Ferguson Fire and Fabrication, INC<br>25 Arcado Rd Sw<br>Lilburn, GA 30047-2902 | Tiago Correia<br>(800) 845-0625<br>customer.support@ferguson.com | | | | | $34,220.04 |
| 17 | Weaver and Tidwell, LLP<br>1601 S Mopac Expy Ste D250<br>Austin, TX 78746-7009 | Quadrick Turner<br>(512) 325-3776<br>quadrick.turner@weaver.com | | | | | $3,528.00 |
| 18 | Powers Brown Architecture<br>2100 Travis St Ste 501<br>Houston, TX 77002-8770 | Jerad Cowan<br>(713) 224-0456<br>cowan@powersbrown.com | | | | | $20,113.75 |
| 19 | Syska Hennessy<br>10 S Riverside Plz Ste 1810<br>Chicago, IL 60606-3801 | Milica Kovacevic<br>(773) 696-0870<br>ar@syska.com | | | | | $8,379.60 |
| 20 | Carson Supply Inc<br>5109 Gulfton St<br>Houston, TX 77081-2905 | Cristina Minter<br>(979) 431-5820<br>accounting@carsonsupplytx.com | | | | | $6,078.50 |

Debtor  **RELLIS Campus Data and Research Center LLC, et al.**
Name

Case number (*if known*) 25-90666

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 MS Consultants<br>333 East Federal Street<br>Youngstown Ohio 44503 | Beth Smith-Zych<br>330-744-5321 Ext. 11161<br>bsmithzych@msconsultants.com | | | | | $3,370.00 |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | RELLIS Campus Data and Research Center LLC and Optimus DataCenters, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 25-90666 |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  6, 2025**       X **/s/ Sam Tenorio III**
                                            Signature of individual signing on behalf of debtor

                                           **Sam Tenorio III**
                                           Printed name

                                           **President & Managing Member**
                                           Position or relationship to debtor