United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90666<br><br>(Joint Administration Requested) |

## <u>ORDER GRANTING COMPLEX CASE TREATMENT</u>
**(Relates to Docket No. 3)**

RELLIS Campus Data and Research Center, LLC, *et al*., the above-captioned debtors and debtors in possession (the "<u>Debtors</u>"), filed these chapter 11 cases (the "<u>Chapter 11 Cases</u>") on November 5, 2025. A *Notice of Designation of Complex Case* was filed. Based on its review of the initial pleadings, the Court concludes that the complex case designation is appropriate. Accordingly, it is hereby **ORDERED** that:

1.      The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these Chapter 11 Cases. The procedures are posted on the Court's website. Compliance with the procedures is required.

2.      The Debtors must give notice of this Order to all parties in interest within seven (7) days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen (14) days after service of the Order.

3.      The Bankruptcy Local Rules apply to the Chapter 11 Cases, subject to the following modifications:

      a.      Bankruptcy Local Rule 1001-1(b) does not apply;

      b.      Local District Court Civil Rule 83.1 applies;

      c.      Appendix A to the Local Rules of the District Court applies; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

    d.      If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Signed: November 06, 2025

Alfredo R Pérez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                      Case No. 25-90666-arp
RELLIS Campus Data and Research Center L                                    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4                        User: ADIuser                         Page 1 of 1
Date Rcvd: Nov 06, 2025                     Form ID: pdf002                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | RELLIS Campus Data and Research Center LLC, 833 Rellis Parkway, Bryan, TX 77802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2025                   Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| John Thomas Oldham | on behalf of Debtor Optimus DataCenters  LLC joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com |
| John Thomas Oldham | on behalf of Debtor RELLIS Campus Data and Research Center LLC joldham@okinadams.com sgonzales@okinadams.com;nhollon@okinadams.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 3