IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: <br><br> RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 25-90666 <br><br> (Jointly Administered) |

### DEBTORS' EMERGENCY MOTION FOR STATUS CONFERENCE

**EMERGENCY RELIEF HAS BEEN REQUESTED. RELIEF IS REQUESTED NOT LATER THAN 9:00 A.M. (PREVAILING CENTRAL TIME) ON NOVEMBER 21, 2025.**

**IF YOU OBJECT TO THE RELIEF REQUESTED OR YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU MUST APPEAR AT THE HEARING IF ONE IS SET, OR FILE A WRITTEN RESPONSE PRIOR TO THE DATE THAT RELIEF IS REQUESTED IN THE PRECEDING PARAGRAPH. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

**A STATUS CONFERENCE WILL BE CONDUCTED ON THIS MATTER ON NOVEMBER 21, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME) IN COURTROOM 400, 4TH FLOOR, 515 RUSK AVENUE, HOUSTON, TX 77002. PARTICIPATION AT THE HEARING WILL <u>ONLY</u> BE PERMITTED BY AN AUDIO AND VIDEO CONNECTION.**

**AUDIO COMMUNICATION WILL BE BY USE OF THE COURT'S DIAL-IN FACILITY. YOU MAY ACCESS THE FACILITY AT 832-917-1510. ONCE CONNECTED, YOU WILL BE ASKED TO ENTER THE CONFERENCE ROOM NUMBER. JUDGE PÉREZ'S CONFERENCE ROOM NUMBER IS 282694. VIDEO COMMUNICATION WILL BE BY USE OF THE GOTOMEETING PLATFORM. CONNECT VIA THE FREE GOTOMEETING APPLICATION OR CLICK THE LINK ON JUDGE PÉREZ'S HOME PAGE. THE MEETING CODE IS "JUDGEPEREZ". CLICK THE SETTINGS ICON IN THE UPPER RIGHT CORNER AND ENTER YOUR NAME UNDER THE PERSONAL INFORMATION SETTING.**

**HEARING APPEARANCES MUST BE MADE ELECTRONICALLY IN ADVANCE OF BOTH ELECTRONIC AND IN-PERSON HEARINGS. TO MAKE YOUR APPEARANCE, CLICK THE "ELECTRONIC APPEARANCE" LINK ON JUDGE PÉREZ'S HOME PAGE. SELECT THE CASE NAME, COMPLETE THE REQUIRED FIELDS AND CLICK "SUBMIT" TO COMPLETE YOUR APPEARANCE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

RELLIS Campus Data and Research Center, LLC, *et al.*, the above-captioned debtors and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

debtors in possession (collectively, the "Debtors"), hereby file this *Emergency Motion for Status Conference* (the "Motion"), and in support hereof, respectfully state as follows:

## I. JURISDICTION AND VENUE

1. The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested this Motion are sections 105(a) and 362 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code"), Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 1001-1(d) and 9013-1(i) of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas (the "Complex Case Procedures").

## II. BACKGROUND

3. On November 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

4. Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors are operating their businesses and managing their property as debtors in possession. No official committee has been appointed in the Chapter 11 Cases, and no request has been made for the appointment of a trustee or examiner.

5. The Debtors are two non-operator entities both owned by TenTech-3 Holdings, LLC ("TenTech"), created for the purpose of constructing and operating a data center on Texas A&M's 2,300 Acre RELLIS Campus. The RELLIS Campus, designed for innovation and

technology to serve both public and private sector applications and industries, is located in Bryan, Texas, with the data center being constructed by the Debtors strategically located along the northernmost area adjacent to State Highway 21.

6. To construct the data center (hereafter, the "Data Center" or the "Property"), the Debtors have undertaken extraordinary efforts to finance and begin constructing the project, including but not limited to the procurement of a ground lease with Texas A&M University ("TAMU"), negotiating access to local utility connection(s) with the city of Bryan, Texas, contracting with Satterfield & Pontikes Construction, Inc. ("S&P") to serve as the project's general contractor and procuring financing in excess of $17 million through Vantage Bank ("Vantage"), to fund the initial phase of construction.

7. In addition to the financing arrangement with Vantage Bank, the Debtors, by and through their parent entity TenTech, entered into an Equity Purchase Agreement ("EPA") with ISQ NA DC Holdings, LLC ("ISQ"), on or about November 29, 2024, whereby ISQ was to both source a long-term lease tenant for the Data Center as well as purchase equity in the project. The funds generated from the EPA were to be used in financing the build-out of the Property after completion of the first phase by S&P, and to serve as adequate financial assurance of performance by the Debtors with Vantage, S&P, TAMU, and others. While the various agreements and relationships with S&P, TAMU and Vantage are distinct, they are all very much interrelated in that a breach and/or termination of one will inevitably trigger a potential termination and/or breach of the others. Unfortunately, this is exactly what has transpired in recent months.

8. Although the Data Center is in the late stages of the first phase of development, on or about October 3, 2025, TenTech and ISQ officially terminated the EPA, after ISQ proved

unable to either locate an anchor lease tenant or fund the EPA, thereby leaving the Debtors underfunded and in default of their financial assurance covenants, and thereby triggering defaults and/or breaches of their respective agreements and obligations with S&P, Vantage, and TAMU. This has since precipitated to Vantage declaring a default and posting the Debtors' Property for foreclosure, TAMU issuing a notice of default on the Debtors' ground lease, and S&P filing *lis pendens* on the Property and filing both an arbitration proceeding against the Debtors and a lawsuit against the Debtors, Vantage Bank and the Debtors' principal, Sam Tenorio III. A true and correct copy of the state court lawsuit (hereafter, the "State Court Lawsuit") filed by S&P is attached hereto and incorporated herein by reference as **Exhibit A**.

9. Further, as a part of the State Court Lawsuit, S&P sought and acquired an *ex parte* Temporary Restraining Order ("TRO") and an order (hereafter, "Discovery Order") from the 85th District Court in Brazos County, Texas, subjecting Vantage, the Debtors and Sam Tenorio III to expedited discovery (collectively, the "Discovery") in conjunction with the TRO. A true and correct copy of the TRO, the Discovery Order and the Discovery are attached hereto as **Exhibits B**, **C**, and **D**, respectively.

10. On November 18, 2025, after S&P's refusal to abate the State Court Lawsuit or otherwise agree to an extension of the discovery deadline, Vantage removed the State Court Lawsuit to this Court, where it is currently pending as Adversary Proceeding No. 25-03830 (hereafter, the "Adversary Proceeding").

11. Notably, the basis for emergency *ex parte* relief no longer exists (and likewise, the need for expedited discovery), as it was obtained for the purpose of preventing Vantage from foreclosing on the debtor's Data Center on November 4, 2025. However, despite repeated

requests from the undersigned as well as counsel for Mr. Tenorio and Vantage Bank, S&P has refused to withdraw the discovery requests or otherwise agree to abate the State Court Lawsuit.[2]

### III.  RELIEF REQUESTED

12. By this Motion, the Debtors seek entry of an order, substantially in the form submitted herewith: (I) setting a status conference in these Chapter 11 Cases for November 21, 2025 at 9:00 A.M.; and, (II) granting related relief.

### IV.  EMERGENCY CONSIDERATION

13. The Debtors respectfully request emergency consideration of this Motion pursuant to Bankruptcy Local Rule 9013-1(i) and Bankruptcy Rule 6003, which authorizes a court to grant relief within the first 21 days after the commencement of a chapter 11 case "to the extent that relief is necessary to avoid immediate and irreparable harm."  FED. R. BANKR. P. 6003.

14. The Debtors believe that the relief requested in this Motion is critical to receiving guidance from the Court as to the Discovery and the Adversary Proceeding. Moreover, without the Court granting the relief on an emergency basis, the deadline that the Debtors seek to extend or waive will have passed before the Court's consideration of this Motion. Accordingly, the Debtors respectfully request that the Court approve the relief requested in this Motion on an emergency basis.

### V.  RESERVATION OF RIGHTS

15. The Discovery, as propounded on Vantage and Mr. Tenorio, seeks documents and information in the possession, custody or control of the Debtors, as well as documents and information that are likely to contain proprietary and/or confidential information of the Debtors.

---

[2] S&P has agreed, as of this writing, to extend the response deadline to their Discovery until Friday, November 21, 2025, in light of the Status Conference requested herein.

5

To that end, the Debtors submit that S&P's persistence in seeking such discovery constitutes a continuous violation of the automatic stay pursuant to 11 U.S.C. § 362. The Debtors reserve all rights in regard to their claim(s) against S&P for any alleged stay violation.

## VI. NOTICE

16. Notice of this Motion will be served on any party entitled to notice pursuant to Bankruptcy Rule 2002 and any other party entitled to notice pursuant to Bankruptcy Local Rule 9013-1(d), including but not limited to counsel for Vantage, S&P and Mr. Tenorio.

## VII. PRAYER

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form submitted herewith: (i) granting the relief requested in this Motion; and (ii) granting the Debtors such other and further relief as the Court may deem just and proper. Respectfully submitted on the 19th day of November, 2025.

**OKIN ADAMS BARTLETT CURRY LLP**

By:    /s/ *Christopher Adams*
    Christopher Adams
    Texas Bar No. 24009857
    Email: cadams@okinadams.com
    John Thomas Oldham
    Texas Bar No. 24075429
    Email: joldham@okinadams.com
    1113 Vine St., Suite 240
    Houston, Texas 77002
    Tel: 713.228.4100
    Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## **CERTIFICATE OF ACCURACY PURSUANT TO B.L.R 9013-1(i)**

In accordance with Bankruptcy Local Rule 9013-1(i), I hereby certify the accuracy of the matters set forth in the foregoing Motion.

By:   /s/ *Christopher Adams*
       Christopher Adams