Received & Filed 10/29/2025 12:20 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Mercedes C. Reyes
Envelope# - 107428568

CAUSE NO. _____ 25-003074-CV-85

| | | |
|---|---|---|
| SATTERFIELD & PONTIKES CONSTRUCTION, INC., *Plaintiff,* | § § § § | IN THE DISTRICT COURT OF |
| v. | § § § | BRAZOS COUNTY, TEXAS |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, VANTAGE BANK TEXAS, and SAMUEL TENORIO, individually, *Defendants.* | § § § § § | ___ JUDICIAL DISTRICT |

## TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON APPLICATION FOR TEMPORARY INJUNCTION

On this day, the Court considered Plaintiff Satterfield & Pontikes Construction, Inc.'s Verified Application for Temporary Restraining Order. After considering the pleadings, evidence, and arguments of counsel, the Court finds that:

1.    Plaintiff has shown a probable right to relief on its claims, including breach of contract, violations of the Texas Construction Trust Fund Act by RELLIS and Samuel Tenorio, fraud by nondisclosure, negligent misrepresentation, civil conspiracy, and declaratory judgment concerning lien validity and priority.

2.    An immediate and irreparable injury, loss, or damage will result before notice can be served and a hearing held because Defendants intend to conduct a foreclosure sale of the Property on November 4, 2025.

3.    The injury to be suffered by Plaintiff includes impairment or extinguishment of mechanic's lien rights, clouding of title, impairment of the security for lien foreclosure, and frustration of the arbitral forum, for which there is no adequate remedy at law.

4.    The status quo should be preserved pending a hearing on a temporary injunction.

5.    The requirements of Texas Rule of Civil Procedure 680 are satisfied.

IT IS THEREFORE ORDERED that, effective immediately and until the earlier of fourteen (14) days from the date of this Order or further order of the Court, Defendants RELLIS Campus Data and Research Center, LLC, Vantage Bank Texas, and Samuel Tenorio, and their officers, agents, employees, representatives, and those acting in concert with them who receive notice of this Order, are RESTRAINED AND ENJOINED from:

a.   Conducting, posting, noticing, or proceeding with any foreclosure sale of the Property, including the sale set for November 4, 2025;

b.   Recording any foreclosure-related documents affecting title to the Property;

c.   Transferring, encumbering, or otherwise disposing of any interest in the Property or collateral securing the Loan, except for necessary acts to secure and preserve the Property;

d.   Disbursing any undisbursed Loan proceeds or other project funds, except into an escrow account subject to this Court's control;

e.   Misapplying or diverting any construction trust funds related to the Project; and

f.   Destroying, altering, concealing, or failing to preserve books, records, communications, and ESI relating to the Loan, draw requests, disbursements, payment applications, lien rights, and the Project.

IT IS FURTHER ORDERED that Plaintiff shall post a bond in the amount of $ 1000.00 pursuant to Texas Rule of Civil Procedure 684.

IT IS FURTHER ORDERED that Defendants appear and show cause on the 13 day of Nov , 2025, at 11:00 A.m., in the courtroom of the ___th Judicial District Court of Brazos County, Texas, why a temporary injunction should not issue pending final judgment.

## Certificate of Conference and Notice Regarding Ex Parte Relief

Pursuant to local practices and Rule 680, counsel for Plaintiff certifies that, due to the imminent foreclosure sale set for November 4, 2025 and the risk of immediate and irreparable harm, *ex parte* relief is necessary. Plaintiff will promptly provide Defendants with notice of the filing and any Orders entered and will confer regarding a prompt setting for the temporary injunction hearing.

By: */s/ Gregory M. Cokinos*
GREGORY M. COKINOS

IT IS FURTHER ORDERED that this Order shall expire fourteen (14) days from the date of signing unless, within such period, it is extended for good cause or by agreement of the parties, or the Court issues a Temporary Injunction.

SIGNED: _Oct 30, 2025_

_____
JUDGE PRESIDING


Approved as to Form:

COKINOS | YOUNG

/s/ *Gregory M. Cokinos*
GREGORY M. COKINOS
Texas Bar No. 04527250
CRAIG H. CLENDENIN
Texas Bar No. 04375000
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Telephone: (713) 535-5500
Facsimile: (713) 535-5533
gcokinos@cokinoslaw.com
cclendenin@cokinoslaw.com

**ATTORNEY FOR PLAINTIFF**
**SATTERFIELD & PONTIKES**
**CONSTRUCTION, INC.**