Received & Filed 10/29/2025 2:42 PM
Gabriel Garcia, District Clerk
Brazos County, Texas
Lauren Lackey
Envelope# - 107439843

CAUSE NO. 25-003074-CV-85

| | | |
|---|---|---|
| SATTERFIELD & PONTIKES CONSTRUCTION, INC., *Plaintiff,* | § § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, VANTAGE BANK TEXAS, and SAMUEL TENORIO, individually, *Defendants.* | § § § § § § | BRAZOS COUNTY, TEXAS  ____ JUDICIAL DISTRICT |

## ORDER AUTHORIZING EXPEDITED DISCOVERY

**ON THIS DAY** the Court considered Plaintiff Satterfield & Pontikes Construction, Inc.'s Motion for Expedited Discovery. The Court, having reviewed the motion on file and any response, finds that the motion should be GRANTED. It is therefore

ORDERED that Defendants are required to respond to written discovery on or before five (5) days after service of the written discovery. It is further

ORDERED that any depositions be taken on two (2) days' notice.

Signed this 30 of Oct, 2025

_____
Judge Presiding