## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*, | Case No. 25-90666 |
| | (Jointly Administered) |
| Debtors.[1] | |

### ORDER SETTING STATUS CONFERENCE
**(Relates to ECF #__)**

The Court considered the *Emergency Motion for Status Conference* (the "Motion"),[2] filed by RELLIS Campus Data and Research Center, *et al.*, the above-captioned debtors and debtors in possession (the "Debtors"). The Court, having reviewed the Motion and any objections thereto; and based on the matters reflected in the record; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b); that notice of the Motion was sufficient; and that good cause has been shown therefore, finds that the Motion should be **GRANTED**. It is therefore hereby **ORDERED** that:

1. The Court will hold an emergency status conference in these Chapter 11 Cases on November 21, 2025 at 9:00 a.m. by audio and video connection only.

2. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Signed: _____, 2025.

_____
THE HONORABLE ALFREDO R. PÉREZ
UNITED STATES BANKRUPTCY JUDGE