IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 25-90666 |
| | § | |
| RELLIS CAMPUS DATA AND | § | Chapter 11 |
| RESEARCH CENTER LLC | § | |
| Debtors | § | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>**

TO ALL PARTIES IN INTEREST AND THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Burnside Infrastructure, LLC appears herein by and through the undersigned counsel and requests that copies of all notices given or required to be given in this case, and any case consolidated herewith, and all papers served or required to be served in this case, and any case consolidated herewith, as provided for or referred to by the Federal Rules of Civil Procedure; and/or other applicable Federal Statutes and Rules, be given to and served upon its attorneys, and that such service and notice be e-mailed or mailed to the following:

<u>Burnside Infrastructure, LLC</u>
c/o Hoffman & Saweris, p.c.
2777 Allen Parkway, Suite 1000
Houston, TX 77019
713.654.9990
mhecf@aol.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices, statements, papers, and pleadings referred to in the Statutes and Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading request, complaint, demand, or other document brought before this Court in this case, whether transmitted or conveyed by mail, e-mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affect or seek to affect in any way the above-captioned case.

DATED: November 20, 2025

                          Respectfully submitted,

                          HOFFMAN & SAWERIS, P.C.

                          BY: */s/ Alan Brian Saweris*
                          Matthew Hoffman
                          Texas Bar No: 09779500
                          S.D. Bar No.: 3454
                          Alan Brian Saweris
                          Texas Bar No: 24075022
                          S.D. Bar No.: 1850547
                          2777 Allen Parkway, Suite 1000
                          Houston, Texas 77019
                          713.654.9990 Telephone
           ATTORNEYS FOR BURNSIDE INFRASTRUCTURE, LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Notice has been served upon the parties registered to receive notice on the Electronic Case Filing System in this case on November 20, 2025.

                                        */s/ Alan Brian Saweris*
                                        Alan Brian Saweris