UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-90666 |
| **RELLIS Campus Data and Research** | § | |
| **Center LLC,** *et al.*, | § | Chapter 11 |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### UNITED STATES TRUSTEE'S
### NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE ALFREDO R PÉREZ, UNITED STATES BANKRUPTCY JUDGE:

  COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), and pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Britt Rice Electric, LP<br>Attn: Jeff Blanton<br>3002 Longmire Drive, Suite D<br>College Station, TX 77845<br>(979) 693-4076<br>jblanton@briceco.net<br>arourke@briceco.net | West, Webb, Allbritton & Gentry, P.C.<br>Attn: Donald Delgado and Hanna Lee<br>1515 Emerald Plaza,<br>College Station, Texas 77845<br>(979) 694-7000<br>donald.delgado@westwebb.law<br>hanna.lee@westwebb.law |
| College Station Plumbing<br>Attn: Terry Service<br>716 Dover Dr.<br>College Station , TX. 77845<br>(979) 595-5113<br>tservice@csplumbing.org | West Webb Allbritton & Gentry<br>Attn: Hanna Lee<br>1515 Emerald Plaza<br>College Station, TX. 77845<br>(979) 649-7000<br>hanna.lee@westwebb.law |
| Houston Building Co.<br>Attn: Matthew Wells<br>550 Club Dr.<br>Montgomery, TX<br>(832) 316-5434<br>mwells@datajourney.com | Steven Mitby<br>1001 McKinney St #925<br>Houston, TX 77002<br>(713) 234-1446<br>smitby@mitbylaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734

Date: November 20, 2025                  Respectfully Submitted,

                                                                               KEVIN M. EPSTEIN
                                                                               UNITED STATES TRUSTEE
                                                                               REGION 7, SOUTHERN AND WESTERN
                                                                               DISTRICTS OF TEXAS

                                                            By: */s/ Vianey Garza*
                                                                 Vianey Garza, Trial Attorney
                                                                Tex. Bar No. 24083057/Fed. ID No. 1812278
                                                               515 Rusk, Suite 3516
                                                               Houston, Texas 77002
                                                               (713) 718-4650 – Telephone
                                                               (713) 718-4670 – Fax
                                                               Email: Vianey.Garza@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 20, 2025 a copy of the foregoing was served by electronic means on all PACER participants.

                                                                */s/ Vianey Garza*
                                                                Vianey Garza, Trial Attorney