United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 10, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*, | Case No. 25-90666 |
| Debtors.[1] | (Jointly Administered) |

**INTERIM ORDER ALLOWING COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**
**(Relates to Docket No. 229)**

The Court has considered the Interim Application for Compensation and Reimbursement of Expenses filed by Veritas Restructuring Group (Southcoast Management Group, LLC) and Pablo Bonjour (the "Applicant"). The Court **ORDERS**:

1. The Applicant is allowed compensation and reimbursement of expenses in the amount of **$617,950.00** for the period set forth in the Application.

2. The Applicant has been paid **$494,360.80** pursuant to the interim compensation order/fee applications, which payments are hereby approved.

3. The Debtors are authorized and directed to pay the Applicant the remaining balance of **$123,949.20**, representing the 20% holdback, upon entry of this Order.

4. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved.

5. The Debtors are authorized to disburse any unpaid amounts allowed by paragraphs 1, 2 and 3 of this Order.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

Signed: September 10, 2026

Alfredo R Pérez
United States Bankruptcy Judge