United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*, | Case No. 25-90666 |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF OKIN ADAMS BARTLETT CURRY LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD NOVEMBER 5, 2025 THROUGH JUNE 30, 2026**
**(Relates to ECF # 233)**

Having considered the *First Interim Fee Application of Okin Adams Bartlett Curry LLP, Counsel for the Debtors, For the Period of November 5, 2025 through June 30, 2026* (the "Application")[2] filed by Okin Adams Bartlett Curry LLP (the "Applicant") in its capacity as bankruptcy counsel for RELLIS Campus Data and Research Center, LLC, *et al*., the above-captioned debtors and debtors in possession (the "Debtors"), it is hereby **ORDERED** that:

1. Applicant is allowed interim compensation and reimbursement of expenses in the amount of $966,965.26 for the period set forth in the Application.

2. The Debtors are authorized and directed to pay to Okin Adams the amount of $192,749.20 in outstanding professional fees and reimbursable expenses.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

[2] All capitalized terms not expressly defined herein shall have the same meaning as ascribed in the Application.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Signed: September 15, 2026

Alfredo R Pérez
United States Bankruptcy Judge