# Exhibit A

David G. LeGrand, Esq.
3900 South Hualapai Way, Suite 128
Las Vegas, NV 89147
Phone: 702-218-6736
Email: david@legrandlegal.com

May 8, 2026

Rellis Campus Data and Research Center LLC ("Rellis")

Attn: Sam Tenorio III, CEO

Re: Consulting Agreement

Via Email Only:

Dear Sam:

The purpose of this letter is to remind you that on or about October 29, 2025 Rellis entered into a consulting agreement (the "Agreement") with Scuti Investments LLC. That Agreement was subsequently amended in December 2025 by addition of Marathon Asset Management to the list of potential financing sources introduced by Scuti Investments LLC.

Upon information and belief, and especially communications with principals of Marathon, it appears that Marathon is poised to provide funding to Rellis in the context of its Chapter 11 bankruptcy proceeding.

Since SCUTI is the introducing party, it is entitled to compensation in the event that Marathon provides financing, either directly or indirectly. In the event that compensation is not timely paid, SCUTI will be forced to consider additional action to enforce the Agreement with Rellis.

SCUTI has long term relationships with various Marathon principals who look for integrity and honesty from any persons for whom they provide financing. It would be disturbing for Marathon to learn that Rellis is reneging on any agreement.

We suggest you take whatever steps are necessary to assure payment in the event financing occurs.

Sincerely,

David G. LeGrand, Esq.