# Exhibit B

**John Thomas Oldham**

| | |
|---|---|
| **From:** | David LeGrand <david@legrandlegal.com> |
| **Sent:** | Friday, May 22, 2026 2:48 PM |
| **To:** | John Thomas Oldham |
| **Cc:** | Christopher Adams |
| **Subject:** | Re: Rellis/Scuti Investments |

Well, then Rellis have no further cooperation from Scuti/Mark Arioto penned ing any such approval.

David G. LeGrand
3900 S. Hualapai Way
Suite 128
Las Vegas, NV 89147
Cell: 702-218-6736
david@legrandlegal.com

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, which became applicable to all tax practitioners as of June 20, 2005, please be advised that any U.S. federal tax advice contained in this communication, including any attachment(s), is not intended or written to be used or relied on, and cannot be used or relied on by any taxpayer, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Confidentiality Notice: The information contained in this email and any attachment(s) to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If any recipient of this communication is not the intended recipient; unauthorized use, disclosure or copying of this email and any accompanying attachment(s) or other information contained herein is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

On May 22, 2026, at 12:22 PM, John Thomas Oldham <joldham@okinadams.com> wrote:

David,

To be clear, Scuti Investments/Mark Arioto (collectively, "Scuti") has not been approved by the bankruptcy court to be engaged by the Debtors, will not be compensated by the Debtors, and, as far as I can surmise, has not provided any compensable goods or services to the Debtors or the bankruptcy estate. Be advised that any further communication to the principals of the Debtors or any third-party (in regard to the Debtors) may be seen as a violation of the automatic stay pursuant to 11 U.S.C. 362 *et seq.* and is expressly discouraged. If Scuti believes that it has a compensable claim against the Debtors arising

from its pre-petition "agreement" (or otherwise), they should file a claim in the bankruptcy court. The Debtors reserve all right(s), interest(s) and/or claim(s) they have against Scuti.

-JT

**John Thomas Oldham**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8881
Main: (713) 228-4100
Fax: (346) 247-7158
joldham@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** David LeGrand <david@legrandlegal.com>
**Sent:** Wednesday, May 20, 2026 10:29 AM
**To:** John Thomas Oldham <joldham@okinadams.com>
**Cc:** Christopher Adams <cadams@okinadams.com>
**Subject:** Re: Rellis/Scuti Investments

John

Please update as to the status of this matter. Marathon is asking Scuti Investments to continue its assistance for Rellis!

Sent from my iPhone. The information contained in this email is intended solely for the intended recipient and may be privileged and/or confidential. Sent by David G. LeGrand, Attorney.

> On May 12, 2026, at 7:22 AM, David LeGrand <david@legrandlegal.com> wrote:
>
> John, attached please the executed Amendment referencing Marathon.

We look forward to a substantive response. This is a rather disappointing situation, wherein my client provided the service and expects the agreed upon compensation.

David G. LeGrand, Esq.
3900 South Hualapai Way
Suite 128
Las Vegas, NV 89147
Cell: 702-218-6736
david@legrandlegal.com

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, which became applicable to all tax practitioners as of June 20, 2005, please be advised that any U.S. federal tax advice contained in this communication, including any attachment(s), is not intended or written to be used or relied on, and cannot be used or relied on by any taxpayer, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
Confidentiality Notice: The information contained in this email and any attachment(s) to it is intended only for the use of the intended recipient and may be confidential and/or privileged. If any recipient of this communication is not the intended recipient; unauthorized use, disclosure or copying of this email and any accompanying attachment(s) or other information contained herein is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return email, and destroy the email, and any and all copies thereof, including any attachment(s), without reading them or saving them in any manner. Thank you.

On May 12, 2026, at 8:11 AM, John Thomas Oldham <joldham@okinadams.com> wrote:

David,

We represent Rellis Campus Data and Research Center LLC ("Rellis") in a chapter 11 bankruptcy currently pending in the U.S. Bankruptcy Court for the Southern District of Texas (Case No. 25-90666). You may direct all future correspondence to the undersigned. We have recently been made aware of the

attached letter you sent on behalf of Scuti Investments LLC, and the pre-petition "agreement" referenced therein. Your letter states that the agreement "was subsequently amended in December 2025 by addition of Marathon Asset Management to the list of potential financing sources...". Do you have a copy of the December 2025 amended agreement that you could forward to us for review?

-JT

<oaclassicsignature_30263127-f3d1-4a23-a937-5cddb4d781c8.png>

**John Thomas Oldham**
**Okin Adams Bartlett Curry LLP**
1113 Vine St. Suite 240
Houston, Texas 77002
Direct: (713) 255-8881
Main: (713) 228-4100
Fax: (346) 247-7158
joldham@okinadams.com
www.okinadams.com
Vcard

**Confidentiality Notice:**
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

<Rellis ltr 5-8-26.pdf>

<Executed Marathin Amendment.pdf>

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.