United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90666<br><br>(Jointly Administered) |

**ORDER DISALLOWING PROOF OF CLAIM NO. 16-1 FILED BY CHARLES HANSEN**
**(Relates to ECF # 228)**

Upon consideration of the *Objection to Proof of Claim No. 16-1 filed by Charles Hansen* (the "Objection")[2], filed by Rellis Campus Data and Research Center, LLC, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the pleadings, the responses, if any, and other evidence on file, the Court finds that it has jurisdiction over this matter; proper and adequate notice of the Objection and the hearing thereon has been given and that no other or further notice is necessary; and that the Objection should in all things be **GRANTED**.

Therefore, it is

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Proof of Claim No. 16-1 filed by or on behalf of Charles "Chuck" Hansen, is disallowed in its entirety.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

---

1 The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

2 Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Objection.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: September 16, 2026

Alfredo R Pérez
United States Bankruptcy Judge