United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 21, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90666<br><br>(Jointly Administered) |

**SIXTH STIPULATION AND AGREED ORDER CONTINUING JUNE 30, 2026 ADEQUATE PROTECTION DEADLINES TO SEPTEMBER 30, 2026**
**(Relates to ECF # 138)**

RELLIS Campus Data and Research Center, LLC, *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), along with Vantage Bank and Twelve Bridge Capital, LLC ("12BC" or "DIP Lender") (collectively, the "Parties"), hereby file this *Fifth Stipulation and Agreed Order Continuing the June 30, 2026 Adequate Protection Deadlines to September 30, 2026* (the "Stipulation" or "Order" as applicable), and in support hereof, respectfully state as follows:

## BACKGROUND

1. On November 5, 2025 (the "Petition Date"), the Debtors filed voluntary petitions for relief (the "Chapter 11 Cases") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court").

2. Pursuant to Bankruptcy Code sections 1107(a) and 1108, the Debtors are operating their businesses and managing their property as debtors in possession. No request has been made

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

for the appointment of a trustee or examiner, however an official committee has been appointed in the Chapter 11 Cases as of November 20, 2025. *See* ECF # 29.

3. On January 21, 2026, the Court entered the *Final Order (I) Authorizing the Debtors to Obtain Secured Postpetition Financing; (II) Granting Liens and Superpriority Claims; (III) Granting Adequate Protection; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [ECF # 138] (the "DIP Order").

4. Among other things, the DIP Order contains certain adequate protection provisions, including: (i) paragraph 20(c), which provides that Vantage Bank may record a warranty deed in lieu of foreclosure held in escrow if full payment of the outstanding indebtedness owed by Hudson Bend Properties, LLC and Optimus TechServices, LLC is not received on or before June 30, 2026; and (ii) paragraph 20(f), which provides that if a sale has not closed by June 30, 2026, the automatic stay will be lifted on July 1, 2026 to allow Vantage Bank to post the Debtors' property for an August 2026 foreclosure sale (collectively, the "June 30 Adequate Protection Deadlines").

**RECITALS**

WHEREAS, the Debtors are working to close on a sale to ThisWay Global, LLC ("TWG") for substantially all of the Debtors' assets for a purchase price of $40,000,000, pursuant to section 363 of the Bankruptcy Code; and

WHEREAS, the sale to TWG was approved and the Court entered the Sale Order [ECF # 219] on July 7, 2026; and

WHEREAS, the Debtors are working with the Official Committee of Unsecured Creditors to reconcile claims, and upon closing of the sale to TWG, the Debtors intend on pursuing confirmation of a liquidating plan as expeditiously as possible; and

WHEREAS, the Debtors, DIP Lender and Vantage Bank (the "Parties"), previously agreed to extend the June 30 Adequate Protection Deadlines and DIP Maturity Date to September 18, 2026; and

WHEREAS, the Parties have agreed to a sixth extension of the June 30 Adequate Protection Deadlines and June 30 DIP Maturity Date from September 18, 2026 to and through September 30, 2026, to provide the Debtors and TWG with sufficient time to close on the sale of assets pursuant to the Sale Order, all on the terms and conditions set forth herein.

**AGREED ORDER**

NOW, THEREFORE, the Parties hereby stipulate, and the Court hereby adopts such stipulation and **ORDERS** as follows:

1. All references in the DIP Order (as amended by the five prior Stipulations and Agreed Orders) to "September 18, 2026" in paragraphs 20(c) and 20(f) thereof are hereby extended to "September 30, 2026," and all references to "September 19, 2026" in paragraph 20(c) thereof are hereby extended to "October 1, 2026."

2. For the avoidance of doubt: (i) if Vantage Bank does not receive payment in full of the outstanding indebtedness owed by Hudson Bend Properties, LLC and Optimus TechServices, LLC on or before September 30, 2026, Vantage Bank may record the deed in lieu on or after October 1, 2026; and (ii) if a sale of the Debtors' assets has not closed by September 30, 2026, the automatic stay shall be lifted on October 1, 2026 to allow Vantage Bank to post the Debtors' property for a foreclosure sale.

3. All references in the DIP Order (as amended by the five prior Stipulations and Agreed Orders) to the DIP Maturity Date of "September 18, 2026" and all references to "September 18, 2026" as the DIP Maturity Date are hereby extended to September 30, 2026.

4. Except as expressly modified herein, all other terms and provisions of the DIP Order (as amended by the Stipulation and Agreed Order) shall remain in full force and effect.

5. The Parties are authorized to take all actions necessary or appropriate to effectuate the relief granted in this Order and to perform their respective obligations under this Order.

6. This Order shall take effect immediately upon its entry and shall not be stayed pursuant to FED. R. BANKR. P. 4001(a)(3).

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Order.

Signed: September 21, 2026

Alfredo R Pérez
United States Bankruptcy Judge

**AGREED AS TO FORM AND SUBSTANCE:**

**OKIN ADAMS BARTLETT CURRY LLP**

By: *  /s/ John Thomas Oldham  *
Christopher Adams
Texas Bar No. 24009857
Email: cadams@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
Email: joldham@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTORS**

**DAVIS & SANTOS PLLC**

By: */s/ Sarah Santos*
Sarah Santos
State Bar No. 24040955
Email: ssantos@dslawpc.com
719 S. Flores Street San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395

**ATTORNEYS FOR VANTAGE BANK**

**FISHEL LAW GROUP**

By: */s/ Michael Fishel*
Michael Fishel
State Bar No. 24082998
Email: michael@fishellawgroup.com
602 Sawyer, Suite 400
Houston, Texas 77007
Telephone: (713) 294-0379

**ATTORNEYS FOR TWELVE BRIDGE CAPITAL, LLC**