**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>RELLIS CAMPUS DATA AND RESEARCH CENTER, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-90666<br><br>(Jointly Administered) |

**NOTICE OF FURTHER EXTENSION OF OUTSIDE CLOSING DATE**
**(Relates to ECF # 219)**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On November 5, 2025 (the "Petition Date"), RELLIS Campus Data and Research Center, LLC and Optimus DataCenters, LLC (together, the "Debtors") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"). The Debtors are operating their businesses and managing their property as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On May 20, 2026, the Debtors filed the *Debtors' Emergency Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (III) Approving Stalking Horse Protections; (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date; (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtors to Sell Their Assets; and (II) Authorizing the Debtors to Assume and Assign Certain Executory*

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: RELLIS Campus Data and Research Center, LLC (9113), and Optimus DataCenters, LLC (1582). The Debtors' service address is 5010 Doss Road, Austin, Texas 78734.

*Contracts and Unexpired Leases; and (C) Granting Related Relief* (the "Sale Motion") [ECF # 182].

3. On July 6, 2026, the Court entered the *Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, Other Than Permitted Encumbrances; (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [ECF # 219] (the "Sale Order") approving, among other things, the sale of all or substantially all of the Debtors' assets pursuant to that certain Asset Purchase Agreement, dated as of July 2, 2026, by and among the Debtors, as Sellers, and ThisWay Global, Inc., or its designee, as Purchaser (as may be amended from time to time, the "APA"), a copy of which is attached as Exhibit 1 to the Sale Order.

4. Pursuant to section 24(a) of the APA, the Closing is required to occur no later than July 31, 2026 (the "Outside Closing Date"), or such later date as the Debtors and Purchaser may agree in writing. *See* APA, § 24(a). In addition, as set forth in paragraph 35 of the Sale Order, among other things, "the Debtors and the Purchaser may, subject to the terms of the Asset Purchase Agreement, mutually agree to extend the Closing Date and/or Outside Closing Date without further order of this Court; *provided* that the Debtors must first consult with Vantage Bank and the Official Committee of Unsecured Creditors with respect to such extensions, and the Debtors shall promptly file notice of such extensions with this Court." Sale Order at ¶35.

5. On July 30, 2026, in accordance with the APA and the Sale Order, the Debtors, in consultation with Vantage Bank and the Official Committee of Unsecured Creditors, and Purchaser, agreed to extend the July 31, 2026 Outside Closing Date to August 31, 2026 (the "First

Extended Outside Closing Date"), and filed the *Notice of Extension of Outside Closing Date* [ECF # 225].

6. On August 31, 2026, in accordance with the APA and the Sale Order, the Debtors, in consultation with Vantage Bank and the Official Committee of Unsecured Creditors, and Purchaser, agreed to extend the First Extended Outside Closing Date to September 10, 2026 (the "Second Extended Outside Closing Date"), and filed the *Notice of Further Extension of Outside Closing Date* [ECF # 242].

7. Thereafter, in accordance with the APA and the Sale Order, the Debtors, in consultation with Vantage Bank and the Official Committee of Unsecured Creditors, and Purchaser, agreed to further extend the Second Extended Outside Closing Date to September 18, 2026 (the "Third Extended Outside Closing Date"), as provided in paragraph 12 of the *Debtors' Emergency Motion for Entry of an Order (I) Supplementing and Amending the Sale Order to Authorize the Release of Additional Deposit Funds from Escrow and (II) Granting Related Relief* [ECF # 256].

8. On September 18, 2026, in accordance with the APA and the Sale Order, the Debtors, in consultation with Vantage Bank and the Official Committee of Unsecured Creditors, and Purchaser, agreed to extend the Third Extended Outside Closing Date to September 25, 2026 (the "Fourth Extended Outside Closing Date"), and filed the *Notice of Further Extension of Outside Closing Date* [ECF # 267].

9. In accordance with the APA and the Sale Order, the Debtors, in consultation with Vantage Bank and the Official Committee of Unsecured Creditors, and Purchaser have agreed to further extend the Fourth Extended Outside Closing Date to September 30, 2026. This notice

evidences the parties' written agreement to such extension pursuant to section 24(a) of the APA and is filed to provide notice thereof in accordance with paragraph 35 of the Sale Order.

Respectfully submitted September 25, 2026

**OKIN ADAMS BARTLETT CURRY LLP**

By: /s/ *John Thomas Oldham*

Christopher Adams
Texas Bar No. 24009857
cadams@okinadams.com
John Thomas Oldham
Texas Bar No. 24075429
joldham@okinadams.com
1113 Vine St., Suite 240
Houston, Texas 77002
Tel: 713.228.4100
Fax: 346.247.7158

**ATTORNEYS FOR THE DEBTOR**

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2026, a true and correct copy of the foregoing notice was served via this Court's CM/ECF notification system to those parties registered for service upon filing of the same.

By: */s/ John Thomas Oldham*

John Thomas Oldham